UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

David S. Sargent

    v.         Civil No. 09-cv-310-SM

Verizon Services Corporation


ORDER OF DISMISSAL

In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

  SO ORDERED.

June 22, 2010

                _____
                Steven J. McAuliffe
                Chief Judge

cc:  Counsel of Record